Writ of Mandamus Dismissed, Opinion issued November 14, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-12-01508-CV

---

## IN RE LESLIE EARL VOLLMER, Relator

---

**Original Proceeding from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F07-73954-H**

---

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Bridges

Before the Court is relator's petition for writ of mandamus naming the district clerk, Gary Fitzsimmons, as respondent. The facts and issues are well known to the parties, so we need not recount them herein. This Court does not have mandamus jurisdiction over the district clerk. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Accordingly, we **DISMISS** relator's petition for a writ of mandamus for want of jurisdiction.

DAVID L. BRIDGES
JUSTICE

121508F.P05